Certificate Number: 05781-ARE-DE-041623513

Bankruptcy Case Number: 26-14166

05781-ARE-DE-041623513

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 31, 2026, at 2:18 o'clock PM PDT, Jamie Davis Sr completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Arkansas.

Date: October 31, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President