Certificate Number: 05781-ARE-DE-041633380

Bankruptcy Case Number: 26-13258

05781-ARE-DE-041633380

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 3, 2026, at 8:29 o'clock AM PST, Joshua St.laurent completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Arkansas.

Date: November 3, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President